New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

McCABE, Appellant, v. CARTER & WEEKS STEVEDORING CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Maria McCabe, as administratrix, etc., against the Carter & Weeks Stevedoring Company. No opinion. Motion granted, without costs. See, also, 144 N. Y. Supp. 247, 159 App. Div. 361.

---

McCABE, Appellant, v. MILLER, Superintendent of Buildings, Respondent. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by Thos. J. McCabe against Rudolph P. Miller, as Superintendent of Buildings. W. Leslie, of New York City, for appellant. C. L. Barber, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

McCLAVE v. TEXAS CO. (Supreme Court, Appellate Division, First Department. March 13, 1914.) Action by John McClave against the Texas Company. No opinion. Motion denied. Order filed. Memorandum per curiam. See, also, 145 N. Y. Supp. 737.

---

In re McDONALD. (Supreme Court, Appellate Division, First Department. February 13, 1914.) In the matter of Alexander McDonald, deceased. No opinion. Motion granted; questions certified; order filed. See, also, 145 N. Y. Supp. 267.

---

In re McNAMARA. (Supreme Court, Appellate Division, First Department. March 13, 1914.) In the matter of Andrew F. McNamara. No opinion. Referred to official referee. Settle order on notice.

---

McNULTY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Patrick J. McNulty against the City of New York. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 146 N. Y. Supp. 1099.

---

McNULTY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by Patrick J. McNulty against the City of New York. No opinion. Motion granted. Order filed. See, also, 146 N. Y. Supp. 1099.

---

MALIA v. KNAPP et al. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by William H. Malia against Lucion Knapp, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

MALLON, Respondent, v. LACKAWANNA STEEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Matilda C. Mallon, as administratrix, etc., against the Lackawanna Steel Company. No opinion. Judgment and order affirmed, with costs.

---

MANDERY, Appellant, v. MANDERY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1914.) Action by Julia M. A. Mandery against Joseph J. Mandery. No opinion. Judgment affirmed, with costs.

---

In re MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. February 13, 1914.) In the matter of the Manhattan Railway Company. No opinion. Motion granted. Settle order on notice. See, also, 145 N. Y. Supp. 1132; 146 N. Y. Supp. 1099.

---

In re MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. February 27, 1914.) In the matter of the Manhattan Railway Company. No opinion. Report confirmed. Settle order on notice. See, also, 146 N. Y. Supp. 1099.

---

In re MANHATTAN RY. CO. In re NINTH AVE. ADDITIONAL TRACKS. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of the Manhattan Railway Company. In the matter of the Ninth Avenue additional tracks. No opinion. Motion granted. Settle order on notice. See, also, 146 N. Y. Supp. 1099.

---

MARKLOWITCH, Respondent, v. GOODFRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by Hyman Marklowitch against Braine Goodfriend. No opinion. Judgment and order unanimously affirmed, with costs.

---

MARKOWITZ, Respondent, v. RELIANCE TRADING CO., Appellant. (Supreme Court, Appellate Division, First Department. February 27, 1914.) Action by Nathan Markowitz against the Reliance Trading Company. R. W. MacKewan, of New York City, for appellant. G. Cohen, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MARKS, Appellant, v. KELLOGG, Respondent. (Supreme Court, Appellate Division, First Department. February 13, 1914.) Action by Bertram L. Marks, as ancillary executor, etc., against L. Laflin Kellogg, as executor, etc. L. Lowenstein, of New York City, for appellant. W. K. Hartpence, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.